UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERETT D. JONES,<br><br>                      Plaintiff,<br><br>-against-<br><br>NYU LANGONE HEALTH MULTIPLE SCLEROSIS COMPREHENSIVE CARE CENTER; JEANA GRATCH; STEPHANIE FERNANDEZ; ILYA KISTER, MD,<br><br>                      Defendants. | 23-CV-6752 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2023
             New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge